UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEVROUN K. SMITH | CIVIL ACTION |
| VERSUS | NO. 20-824 |
| DARREL VANNOY, WARDEN | SECTION "F"(2) |

**O R D E R**

The court, having considered the petition, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Chevroun K. Smith Lay's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** for failure to exhaust.

New Orleans, Louisiana, this   6th   day of   October  , 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE